IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| United States of America, ) | |
| ) | Case No. 3:19-cv-01055 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Danielle Kaminsky, Peter Kahane and ) | |
| Suzanne Gaw, co-executors of the estates of, ) | |
| Charles Kahane, and ) | |
| Claire Kahane, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, the United States of America, and the Defendants Danielle Kaminsky, Peter Kahane, and Suzanne Gaw, Co-Executors of the Estates of Charles Kahane and Claire Kahane, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing his, her, or its own attorney's fees and costs.

Dated: January 27, 2021

DAVID A. HUBBERT
Deputy Assistant Attorney General

CAPLIN & DRYSDALE

*/s/ Ward W. Benson*
WARD W. BENSON
JOSEPH E. HUSADER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-514-0472

*/s/ Scott D. Michel*
SCOTT D. MICHEL
Caplin & Drysdale
One Thomas Circle NW, Suite 1100
Washington, DC 20005
202-862-5030 (Direct)
202-429-3301 (Fax)
SMichel@capdale.com

*Counsel for the Plaintiff*

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, that I served the foregoing JOINT STIPULATION OF DISMISSAL by electronic mail to:

SCOTT D. MICHEL
Caplin & Drysdale
One Thomas Circle NW, Suite 1100
Washington, DC 20005
202-862-5030 (Direct)
202-429-3301 (Fax)
SMichel@capdale.com
Counsel for the Defendants

/s/Joseph E. Hunsader
Joseph E. Hunsader
Trial Attorney
Department of Justice, Tax Division